WALTER T. GARRISON and BERT T. GARRISON, Respondents, v. BRONX WATER WORKS CORPORATION, Appellant.— Order granting to plaintiffs an examination

before trial of Friend H. Sheldon and directing him to produce books and records affirmed, in so far as appealed from, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.